1    **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9

10   Charles Henry Todd,

11              Petitioner,              No. CV-13-08189-PCT-PGR (JZB)

12        vs.

13   Charles L. Ryan, et al.             ORDER

14              Respondents.

15

16         Having reviewed *de novo* the Report and Recommendation of Magistrate

17   Judge Boyle notwithstanding that no party has filed any objections to the Report and

18   Recommendation[1], the Court concludes that the Magistrate Judge correctly

19

20        [1]
            The Court notes that the Clerk of the Court mailed a copy of the Report
21   and Recommendation to the petitioner, who is out of custody, to the address noted
     by the petitioner in his last change of address form (Doc. 16).  Although there is no
22   indication in the record that this copy of the Report and Recommendation was not
     received by the petitioner, the Court, in an abundance of caution, entered an order
23   (Doc. 21) that required the Clerk to mail another copy of the Report and
     Recommendation to the petitioner at a different address that the petitioner had
24   placed on two motions for status (Docs. 18 and 19) that he had filed subsequent to
25   his last notice of change of address.  That second copy of the Report and
     Recommendation was returned as undeliverable and the Court has no other mailing
26   addresses for the petitioner.

1    determined that the petitioner's amended petition for a writ of habeas corpus, filed

2    pursuant to 28 U.S.C. § 2254, should be denied (1) because the petitioner

3    procedurally defaulted on Grounds One, Two, Three, Four, Five, Six, Seven (a),

4    Eight and Nine and has not established any cause, including his claims of ineffective

5    assistance of counsel, sufficient to excuse his procedural defaults and he has not

6    argued a fundamental miscarriage of justice, and (2) because the Arizona Court of

7    Appeals' rejection of the petitioner's "right to present a defense" claim underlying

8    Ground Seven (b), which was based on the preclusion of hearsay evidence, was not

9    contrary to or an unreasonable application of clearly established Supreme Court

10   precedent.  Therefore,

11          IT IS ORDERED that the Magistrate Judge's Report and Recommendation

12   (Doc. 20) is accepted and adopted by the Court.

13          IT IS FURTHER ORDERED that the petitioner's Amended Petition Under 28

14   U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 5)

15   is denied and is dismissed with prejudice.

16          IT IS FURTHER ORDERED that a certificate of appealability shall not issue

17   and leave to appeal *in forma pauperis* is denied because the dismissal of the

18   petitioner's Amended Petition is justified by a plain procedural bar and jurists of

19   reason would not find the procedural ruling debatable, and because the petitioner

20   has not made a substantial showing of the denial of a constitutional right.

21          IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

22   accordingly.

23          DATED this 28th day of June, 2015.

24

25   Paul G. Rosenblatt
     United States District Judge

26

- 2 -